UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>   Plaintiffs,<br> v.<br>PANINI, et al.,<br><br>   Defendants. | Case No.  13-cv-04534-JSC<br><br>**ORDER TO PLAINTIFF TO SUBMIT STATUS UPDATE** |

  Plaintiffs filed this Americans With Disabilities Act ("ADA") access lawsuit nearly one year ago. In April 2014 default was entered against the only served defendant, Lada Group Inc. dba Panini. No other activity has occurred on the docket.

  Plaintiff is directed to provide the Court with a written update on the status of the case and its resolution on or before September 29, 2014.

  **IT IS SO ORDERED.**

Dated: September 15, 2014

               _____
               JACQUELINE SCOTT CORLEY
               United States Magistrate Judge