UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PANINI, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04534-JSC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT OR SHOW CAUSE** |

　　　　On October 1, 2013, Plaintiff filed this Americans with Disabilities access case against Lada Group, Inc. dba Panini, Thomas P. Wiseau, and the The Wiseau Trust.  On April 8, 2014, default was entered as to Lada Group, Inc. and on March 9, 2015 as to Thomas Wiseau and The Wiseau Trust.  Since that date, no activity has occurred on the docket.

　　　　Accordingly, if Plaintiffs wish to pursue their claims against the defaulted defendants, they shall file a motion for default judgment within 30 days of the date of this Order.  Failure to file the motion may lead to dismissal of the defendant(s) for whom default judgment is not sought.

　　　　**IT IS SO ORDERED.**

Dated: July 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge