Thomas P. Wiseau

P.O. Box 422520

San Francisco, CA 94142

FILED
2015 OCT -5 P 3:27
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITD STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ<br>Plaintiffs,<br>VS<br><br>PANINI; LADA GROUP, INCL. a California Corp dba PANINI; THOMAS P . WISEAU; and THOMAS P. WISESAU, Trustee of the THOMAS P. WISEAU REVOCABLE TRUST aka "The Wiseau Trust" dated 12/10/1992<br><br>Defendants | CASE NO. CV – 13-4534-JSC<br>MOTON TO DISMISS OR<br>CHANGE THE HEARING<br><br>SCHEDULE to December 22, 2015<br><br>DATE: October 05, 2015<br>TIME: 3:00 PM<br>Location: 450 Golden Gate Ave<br><br>Court Room: F, 15th Floor<br>San Francisco, CA |

MOTION TO DISMISS OR CHANGE THE HEARING SCHEDULE
NOW COMES the Plaintiffs and prays the Honorable Court to
Deny the Defendant's Motion to Dismiss and Motion for Sanction for the following reasons; or CHANGE THE HEARING SCHEDULE to Dec 22, 2015;
(Defendants need Attorney to review this case )
1. Relief Request .The defendant(s) move(s) the court for an order vacation the judgment entered in this action and staying enforcement of the writ of restitution until the motion can be heard.
Statement of facts and issues. 2.This motion is base on the following ground:I(we) weren't properly served, the schedule for Prove Up Hearing and otherHearing as per CASE NO. CV-13-4534-JASCP Plaintiffs used wrong address ; it should be as per Exhibit/ Evidence "A" , "B"

and "C" / Plaintiff do not informed the Defendant (THOMAS P. WISEAU) for any action against Defendat(s) as per CASE NO. CV-13-4534-JSC
THANK YOU FOR YOUR CONSIDERATION.

Dated: October 5, 2015

*[signature]*
Defendant(s) Signature (Thomas P. Wiseau)

EXHIBIT "A"

```
B01008                          Ownership History                       10/05/2015
            Block   Lot
Vol 09 APN 1244  _ 027 _ Status A User _____          TRA       1-000
Lo Adr  Hi Adr Dr Street Names              Type Number      Nghborhd  05-B
1457  _ 1459  _  HAIGHT _____        ST              Class     AC
1457  - 1459 HAIGHT ST                                       Pmgt Cde
                                             94117-2910
Type options, Press Enter.
  1=Owner Information     2=Retire  3=Copy  4=Delete  5=Retire & Copy(Partials)
  6=Retire & Copy(100% Transfer)
O  As Of 10/05/2015 =============================================================
_  WISEAU THOMAS P              OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
   PO BOX 422520                0000190447 *ALL Note S        Effctiv 10/03/2000
   SAN FRANCISCO CA 94142                        Mail (MAIL)  Retire  99/99/9999
O  As Of 10/05/2015 =============================================================
_  WISEAU THOMAS P REVOCABLE TR OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
   PO BOX 422520                5000150154 *ALL Note          Effctiv  7/19/1995
   SAN FRANCISCO CA 94142                        Mail MAIL    Retire  10/03/2000
O  As Of 10/05/2015 =============================================================
_  BANSEMER-ZIMMER LIVING TR    OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
   100 PALO ALTO AV             3900050565 *ALL Note          Effctiv 12/09/1992
   SAN FRANCISCO CA 94114                        Mail MAIL    Retire   7/19/1995
                                                                           More...
F1=Help F3=Exit/Save F7=Situs F9=Full Scr F10=Full Vw F11=Full Hst F12=Cncl
```

EXHIBIT "B"

```
                    TAX REDEMPTION SYSTEM
                      ACCOUNT SUMMARY
                                              ---- FULLY REDEEMED ----
VOL  09 BLK: 1244  LOT: 027    SALE ID: 15 - 00957        07-21-2015
OWNER: WISEAU THOMAS P         LOC: 1457  HAIGHT              ST 0000

       INSTALLMENT  PLAN                 MAILING ADDRESS
INITIAL PLAN AMOUNT                      WISEAU THOMAS P
PRINCIPAL PER INSTALLMENT                PO BOX 422520
PRINCIPAL DUE                            SAN FRANCISCO CA           94142
PLUS INTEREST THRU    10 - 2015
NEXT INSTALLMENT DUE

          TAXES DUE                             TAXES PAID
DELINQUENT TAX                   4,794.23
DELINQUENT PENALTY                 479.42
DELINQUENT COST                     45.00   LAST PAYMENT 07-21-2015
REDEMPTION FEES                     55.00
REDEMPTN PENALTY THRU  07 - 2015    71.90   PRIOR CREDIT          0.00
   SUBTOTAL                      5,445.55   PRINCIPAL             0.00
INSTALLMENT INTEREST                 0.00   INTEREST              0.00
TOTAL TO REDEEM                  5,445.55   TOTAL PAID        5,445.57
BALANCE DUE      THRU  10 - 2015     0.02-  OVERPAYMENT
CTC-815: RECORD INQUIRY COMPLETED
```

First-Class Mail
U.S. Postage Paid
AT&T

**Secondscount.**
Get more with myAT&T
+ go paperless
+ set up autopay
+ view account balance
Visit att.com/myATT

*Moving Soon?*
Keep your AT&T services when you move.
att.com/move
800.MOVE.ATT
(800.668.3288)

EXHIBIT (C)

**at&t**
P.O. Box 5093
Carol Stream, IL 60197-5093

**IMPORTANT:** Your monthly statement is enclosed.

THOMAS WISEAU
PO BOX 422520
SAN FRANCISCO CA 94142-2520

RE: CASE # CV-13-4534-JSC

TO: Judge Corley

10/05/2015

PLEASE NOTE THAT I WILL NOT BE AVAILABLE ON OCT. 8, 2015.

PLEASE CONCIDER THE DATE OF ~~DEC.~~ DECEMBER 22, 2015 OR ANY DATE AFTER DEC, 2015

THANK YOU FOR YOUR COOPERATION AND HELP.

SINCERELY

Thomas P. Witens

RECEIVED
OCT - 5 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA