Thomas P. Wiseau
P.O. Box 422520
San Francisco, CA 94142

FILED
2015 NOV 18 P 2:34
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY; and IRMA RAMIREZ
Plaintiffs,
VS

PANINI: LADA GROUP, INC a California Corp dba PANINI; THOMAS P. WISEAU, Trustee of the THOMAS P.WISEAU REV. TRUST aka "The Wiseau Trust".

Defendants

CASE NO. CV-13-4534-JSC CRB
MOTION TO DISMISS OR
CHANGE THE HEARING

SCHEDULE to December 18, 2015
TIME: 10:00 A.M.
Senior District
**Judge Charles R. Breyer**

Location: 450 Golden Gate Ave.
S.F. Courthouse, Courtroom 6-17th Fl

MOTION TO DISMISS OR CHANGE THE HEARING SCHEDULE
NOW COMES the Plaintiffs and prays the Honorable Court to
Deny the Defendant's Motion to Dismiss and Motion for Sanction for the
following reason: or CHANGE THE HEARING SCHEDULE to Dec 18, 2015;
(Defendants need Attorney to review this case)

    1. Relief Request. The defendant(s) move(s) the court for an order vacation the Judgment entered in this action (by Plaintiffs) and staying enforcement of the writ of restitution until the motion can be heard.

STATEMTNT OF FACTS AND ISSUES: 2. This motion is base on the following ground; I (we) weren't properly served, the schedule for Prove Up Hearing and other Hearing as per CASE NO. CV-13-4534-JSC. Plaintiffs used wrong address: it should be as per Exhibit / Evidence "A", "B' and "C" / Plaintiffs do not informed the Defendant (THOMAS P. WISEAU) for any action against Defendant (s) as per CASE NO. CV-13-4534-JSC. 3. This case should be dismiss do the facts that Plaintiffs and their representation try to misled the court for their financial gain as per CASE NO. CV –13-4534-JSC.

    2. The facts are the Plaintiffs or their representation harassed defendants by demanding and do some kind of inspection without any permission from the defendants related to business located at 1457 Height St. San Francisco. 4. The fact is as per the code of S.F. City planning department there is certain discretion related to any Handicaps rules and regulations for example: how old is the building or is it a new construction or not.; and how we can apply the Handicap rules to old building in San Francisco in the event the building or business in question bean doing business before any rules and regulation took place; that's including Federal and City of San Francisco's regulations.

5.The owners of the business in question apply all mean possible to respect Handicaps rules and regulations as per City Rules related to Handicap regulation .

THANK YOU FOR YOUR CONSIDERATION

Dated : Nov 18, 2015 Defendant(s)/
Signature (Thomas P. Wiseau)

EXHIBIT "A"

```
B01008                          Ownership History                    10/05/2015
            Block   Lot
Vol 09 APN 1244  _ 027 _  Status A User _____  _____      TRA      1-000
Lo Adr Hi Adr Dr Street Names _____  Type Number  Nghborhd 05-B
1457   1459      HAIGHT  _____ ST  _____ Class    AC
1457 - 1459 HAIGHT ST _____   Pmgt Cde
                                           94117-2910
Type options, Press Enter.
  1=Owner Information     2=Retire   3=Copy   4=Delete   5=Retire & Copy(Partials)
  6=Retire & Copy(100% Transfer)
O As Of 10/05/2015  ===========================================================
  WISEAU THOMAS P                OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
  PO BOX 422520                  0000190447 *ALL Note S        Effctiv 10/03/2000
  SAN FRANCISCO CA 94142                         Mail MAIL     Retire  99/99/9999
O As Of 10/05/2015  ===========================================================
  WISEAU THOMAS P REVOCABLE TR   OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
  PO BOX 422520                  5000150154 *ALL Note          Effctiv  7/19/1995
  SAN FRANCISCO CA 94142                         Mail MAIL     Retire  10/03/2000
O As Of 10/05/2015  ===========================================================
  BANSEMER-ZIMMER LIVING TR      OwnId/Doc# Type Prct 100.0000 Valdat   7/19/1995
  100 PALO ALTO AV               3900050565 *ALL Note          Effctiv 12/09/1992
  SAN FRANCISCO CA 94114                         Mail MAIL     Retire   7/19/1995
                                                                       More...
F1=Help F3=Exit/Save F7=Situs F9=Full Scr F10=Full Vw F11=Full Hst F12=Cncl
```

EXHIBIT "B"

```
                         TAX REDEMPTION SYSTEM
                            ACCOUNT SUMMARY
                                                    ---- FULLY REDEEMED ----
VOL  09 BLK: 1244  LOT: 027    SALE ID: 15 - 00957         07-21-2015
OWNER: WISEAU THOMAS P            LOC: 1457  HAIGHT                  ST 0000

          INSTALLMENT  PLAN              MAILING ADDRESS
INITIAL PLAN AMOUNT                      WISEAU THOMAS P
PRINCIPAL PER INSTALLMENT                PO BOX 422520
PRINCIPAL DUE                            SAN FRANCISCO CA          94142
PLUS INTEREST THRU     10 - 2015
NEXT INSTALLMENT DUE

            TAXES DUE                        TAXES PAID
DELINQUENT TAX                    4,794.23
DELINQUENT PENALTY                  479.42
DELINQUENT COST                      45.00  LAST PAYMENT 07-21-2015
REDEMPTION FEES                      55.00
REDEMPTN PENALTY THRU  07 - 2015     71.90  PRIOR CREDIT              0.00
   SUBTOTAL                       5,445.55  PRINCIPAL                 0.00
INSTALLMENT INTEREST                  0.00  INTEREST                  0.00
TOTAL TO REDEEM                   5,445.55  TOTAL PAID            5,445.57
BALANCE DUE        THRU  10 - 2015    0.02- OVERPAYMENT
CTC-815: RECORD INQUIRY COMPLETED
```

First-Class Mail
U.S. Postage Paid
AT&T

at&t
P.O. Box 5093
Carol Stream, IL 60197-5093

EXHIBIT C

Secondscount.
Get more with myAT&T
+ go paperless
+ set up autopay
+ view account balance
Visit att.com/myATT

**IMPORTANT:** Your monthly statement is enclosed.

THOMAS WISEAU
PO BOX 422520
SAN FRANCISCO CA 94142-2520

