1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   1832-A Capitol Street
3  Vallejo, CA 94590
   Telephone:   (415) 444-5800
4  Facsimile:   (415) 674-9900

5  Attorneys for Plaintiffs
   DAREN HEATHERLY and
6  IRMA RAMIREZ

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10  DAREN HEATHERLY; and IRMA          )   CASE NO. CV-13-4534-JSC
    RAMIREZ,                           )
11                                     )   **DECLARATION OF THOMAS E.**
                                       )   **FRANKOVICH IN OPPOSITION TO AN**
12        Plaintiffs,                  )   **UNINTELLIGIBLE PLEADING**
                                       )
13  v.                                 )
                                       )   Date:        December 18, 2015
14  PANINI; LADA GROUP, INC., a        )   Time:        10:00 a.m.
    California Corp dba PANINI; THOMAS P. )  Location:    450 Golden Gate Ave
15  WISEAU; and THOMAS P. WISEAU,      )                 San Francisco, CA
    Trustee of the THOMAS P. WISEAU    )   Court Room: 6-17th Floor
16  REVOCABLE TRUST, aka "The Wiseau   )
    Trust" dated 12/10/1992,           )   Judge:       Charles R. Breyer
17                                     )
          Defendants.                  )
18  _____ )

19

20       I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in

21  this and all of the courts in the State of California and if called as a witness and duly sworn, I

22  would and could competently testify to the following based upon my own personal knowledge:

23       1.    Plaintiff filed a request to enter default on March 3, 2015

24       2.    Plaintiff filed for a default judgment on August 27, 2015.

25       3.    The case was reassigned on October 6, 2015. No judgment has been entered.

26       4.    The Wiseau Trust never appeared or answered the complaint.

27       5.    This declarant, but for this pleading has never had any contact with Thomas

28

       **DECLARATION OF THOMAS E. FRANKOVICH** IN OPPOSITION TO AN UNINTELLIGIBLE PLEADING

                                                                                           1

1   Wiseau and has never spoken to him.

2          6.      This pleading should stricken in its entirety as unintelligible.

3          I declare under penalty of perjury that the foregoing is true and correct.  Executed on

4   this 24 day of November 2015, at Vallejo, California.

5

6                                          Respectfully submitted,

7

8                                          By:____/s/Thomas E.  Frankovich_____
                                            Thomas E. Frankovich
9                                          Attorney for Plaintiffs DAREN HEATHERLY
10                                         and IRMA RAMIREZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF THOMAS E. FRANKOVICH** IN **OPPOSITION TO AN UNINTELLIGIBLE PLEADING**