1  Name and Address  THOMAS WISEAU

2  P.O. Box 422520

3  SAN FRANCISCO, CA 94142

4

**FILED**

2015 DEC 18  A II: 06

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

5  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

6

7

8  (IRMA RAMIREZ )          Case No.  CV-13-4534 CRB

9  QAREN HEATHERLY; and )
        Plaintiff/Petitioner )       Document Name:

10

11  VS.
    PANINI: LADA GROUP, INC.Q )     SCHEDULE to: July 8, 2016
12  CALIFORNIA CORP. dba PANINI: )
    THOMAS P. WISEAU TRUSTEE of the )  TIME: 1:00 P.M.
13  THOMAS P. WISEAU REV. TRUST aka THE wiseau )
         Defendant/Respondent )  Judge CHARLES R. Breyer
14                               LOCATION; 450 Golden Gate Ave,
15                               S.F. COURTHOUSE, COURTROOM 6-17th Flr.

16  RE: As per case # CV-13-4534

17      SEE MOTION FILE ON NOV. 18, 2015,
        SCHEDULE HEARING DEC. 18, 2015 TIME 10:00 A.M,
18      (MISTAKE WAS MADE ON CALENDAR)

19

20  A MISTAKE WAS MADE ON COURT CALENDAR

21  FOR HEARING AS PER SCHEDULE DEC. 18, 2015.

22  THIS IS THE SAME MOTION IN PLACE AS

23  PER FILED - NOV. 18, 2015

24

25  THE NEW SCHEDULE FOR HEARING WOULD

26  BE FOR, JULY 8, 2016 (FRIDAY) TIME 1:00 P.M,

27  DATED: DEC. 18, 2015 PER events)

28      Signed: (THOMAS R.WISEAU) /, Wiseau

1  Name and Address _THOMAS WISEAU_

2  _P.O. Box 422520_

3  _SAN FRANCISCO, CA 94142_

ORIGINAL
FILED

2015 DEC 18 A 11: 06

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

4

5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA

7

8  (IRMA RAMIREZ )        Case No. _CV-13-4534 CRB_

9  DAREN HEATHERLY; and )
   Plaintiff/Petitioner )    Document Name:

10

11  VS
    PANINI: LADA GROUP, INC. &   )   SCHEDULE to: July 8, 2016
12  CALIFORNIA CORP. dba PANINI; )   TIME: 1:00 P.M.
    THOMAS P. WISEAU TRUSTEE OF THE )
13  THOMAS P. WISEAU REV. TRUST aka THE Wiseau )   Judge CHARLES R. BREYER
    Defendant/Respondent )   LOCATION: 450 Golden Gate Ave,
14                              S.F. COURTHOUSE, Courtroom 6-17th FL
15

16  RE: As per case # CV-13-4534
17      SEE MOTION FILE ON NOV. 18, 2015.
18      SCHEDUE HEARING DEC. 18, 2015 TIME 10:00 A.M.
       (MISTAKE WAS MADE ON CALENDAR)
19

20  A MISTAKE WAS MADE ON COURT CALENDAR
21  FOR HEARING AS PER SCHEDUE DEC. 18, 2015.

22  THIS IS THE SAME MOTION IN PLACE AS
23  PER FILED - NOV. 18, 2015

24
25  THE NEW SCHEDULE FOR HEARING WOULD
26  BE FOR. July 8, 2016 (FRIDAY) TIME 11:00 P.M.

27  DATED: DEC. 18, 2015 PER EVANT(S)

28  Signed: (THOMAS P. WISEAU) T. Wiseau